# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

| | |
|---|---|
| United States of America </br> v. </br> Leslie Leavitt | ) ) ) ) ) ) ) </br> Case No: 3:18-cr-6-TAV-DCP-4 </br> USM No: 49872-019 </br> Jonathan Moffatt </br> *Defendant's Attorney* |

Date of Original Judgment: 11/20/2019
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  121  months **is reduced to**  108 months' imprisonment  .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated  11/20/2019  shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 04/10/2024

*Thomas A. Varlan* </br>
Judge's signature

Effective Date: </br>
*(if different from order date)*

Thomas A. Varlan, U.S. District Judge </br>
*Printed name and title*